**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ROCHELLE GARCIA,** | )<br>) |
| Plaintiff, | )<br>) Case No. EDCV 15-1369 AJW |
| v. | )<br>) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

June 6, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge